JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR05-5379 RBL |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| vs. | ) ) | |
| ANTHONY RIPLEY, | ) ) | |
| Defendant. | ) ) ) | |

Upon motion of the defendant to continue the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

///

///

///

///

///

///

///

///

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE        1

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be continued to June 16, 2005.

DONE this 3rd day of June, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

_____
Miriam Schwartz
Attorney for Defendant

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE     2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**