JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5379RBL |
| Plaintiff, | ) | |
| vs. | ) | |
| ANTHONY RIPLEY, | ) | ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| Defendants. | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, and that failure to grant the requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, therefore,

//
//
//
//
//

ORDER GRANTING STIPULATED MOTION
FOR CONTINUANCE OF TRIAL DATE        1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1  The parties have outlined specific reasons for the continuance and the Court
2  adopts and makes findings that the trial date should be continued for the reasons stated.
3
4  IT IS HEREBY ORDERED that the trial date in this case be continued to
5  **October 31. 2005 at 9:30** with a Pretrial Motions deadline of **August 22, 2005**, and a
6  Pretrial Conference scheduled for **October 25, 2005 at 9:00 a.m.**  The period of delay
7  resulting from this continuance from July 5, to October 31, 2005, is hereby excluded for
8  speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).
9  This continuance is contingent upon filing of an updated speedy trial waiver signed by
10 Mr. Ripley.  Said waiver shall be filed no later than 6/30/05.
11
12 Presented By:
13 IT IS SO ORDERED this 23rd day of June, 2005.
14                                     _____
                                        RONALD B. LEIGHTON
15                                      UNITED STATES DISTRICT JUDGE
16
17 /s/ _____
   Miriam F. Schwartz
18 Attorney for Defendant
19
20
21 /s/ _____
   Kent Y. Liu
22 Assistant United States Attorney
23
24
25
26

ORDER GRANTING STIPULATED MOTION
FOR CONTINUANCE OF TRIAL DATE          2